UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARY JANE BENJAMIN,

       Plaintiff,

v.                                        Case No. 2:21-cv-328-JLB-NPM

WESTERN WORLD INSURANCE
COMPANY,

       Defendant.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Casey Clouchete |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Douglas Matthew Cohen |
| **Court Reporter** | Digital | **Interpreter** | n/a |
| **Date/Time** | July 6, 2021 9:44-9:52 AM | **Total Time** | 8 minutes |

Court discussed case management and scheduling deadlines and other issues regarding case management.

Oral motion for extension of time to file Interested Persons Disclosure. Court grants 1 week to file.

Oral motion for extension of time to file Notice of Selection of Mediator. Court grants motion. Within 2 weeks, parties are directed to file a notice of selected mediator who is certified in the Middle District. If the selected mediator is not certified in the Middle District, briefly explain in the notice why that mediator was chosen.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.